UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>CRISTIAN RIZO,<br><br>                Defendant. | CASE NO. 13-cr-01780-BEN<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>OCT 29 2013<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    21:952 and 960 - Importation of Methamphetamine (Felony)(1)

    21:952 and 960 - Importation of Methamphetamine (Felony)(1s)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/29/13

                                          Bernard G. Skomal
                                          U.S. Magistrate Judge